In the Matter of the Accounting of BABYLON NATIONAL BANK & TRUST COMPANY, as Successor Trustee of PRINCE H. FOSTER, Deceased, Respondent. HOWARD L. HEDDEN, Administrator de bonis non of HENRY FOSTER, Deceased, Appellant; EMILY E. KERN et al., Respondents.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.